**Exhibit A to the Complaint**

**Location:** Flushing, NY  **IP Address:** 98.14.179.239
**Total Works Infringed:** 57  **ISP:** Spectrum

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | F94FE204219506CBCA0597C7F0E58A308EF426B3 | Blacked | 11/08/2018 05:00:28 | 11/06/2018 | 11/25/2018 | PA0002136603 |
| 2 | 06DB953EF7F035DF3314FA94F8DE333210F1B6BD | Blacked Raw | 08/21/2018 02:16:17 | 08/20/2018 | 09/05/2018 | PA0002135002 |
| 3 | 07A71D8AB8A0645049C16B98A28538E06A009D7B | Vixen | 09/22/2018 03:59:35 | 09/21/2018 | 11/01/2018 | PA0002143417 |
| 4 | 07EC80C56B473DD0771AB7D4A3E905994A87A408 | Blacked | 07/20/2018 01:31:22 | 07/19/2018 | 09/05/2018 | PA0002135006 |
| 5 | 0AC91C9EC33B89F3F34C74B82B0F5475D6CADF38 | Blacked Raw | 07/02/2018 02:58:07 | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 6 | 158258B1A19235075D5BC7E77F3979BEFC8EABAC | Vixen | 09/28/2018 08:09:06 | 09/26/2018 | 10/16/2018 | PA0002127776 |
| 7 | 18C528E3351A3C6E5221D2DD542CEE0775A91784 | Blacked | 06/26/2018 03:17:50 | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 8 | 18DA5DECDF780DBCC01F34E9A4F02BC996DF1634 | Blacked | 08/15/2018 10:03:26 | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 9 | 1ED7894C730F91D284F9451A87ECDC8F5187BF50 | Blacked Raw | 05/13/2018 06:52:48 | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 10 | 292E9CFB904C348C5A2DAD9C019F9226070A26A0 | Blacked | 07/25/2018 00:16:19 | 07/24/2018 | 09/01/2018 | PA0002119589 |
| 11 | 2F73A144B780B7D386C021B9DFCA2C674931DEE8 | Blacked | 03/21/2018 22:49:52 | 03/21/2018 | 04/12/2018 | PA0002091520 |
| 12 | 3323AD5021933A353E77806D1FECE58685BF2A13 | Blacked Raw | 10/07/2018 06:29:46 | 10/04/2018 | 10/16/2018 | PA0002127787 |
| 13 | 352D8D6F68451DBAD94635B8E4343E8D1632C261 | Blacked Raw | 10/20/2018 12:27:39 | 10/19/2018 | 11/25/2018 | PA0002136715 |
| 14 | 3754C381E6B3DCC20647F7F94277B364471F090F | Blacked | 06/15/2018 11:34:26 | 05/24/2018 | 07/14/2018 | PA0002128376 |
| 15 | 3981818C672261E5A1A0D5B561F7A7FEF98A7805 | Blacked | 09/23/2018 00:26:39 | 09/22/2018 | 11/01/2018 | PA0002143419 |
| 16 | 3B431F68A4F96AEEF4E63A2EDA36B635B3FD3CE5 | Blacked Raw | 08/15/2018 10:03:32 | 08/10/2018 | 09/05/2018 | PA0002135668 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 5276AA353AF0E85CBAF9386EBD9DE0D312F857C1 | Blacked | 07/04/2018 20:06:58 | 07/04/2018 | 08/07/2018 | PA0002131913 |
| 18 | 53F8B69368C78B8EB5BF0D8C234FA70CFE869900 | Blacked | 10/04/2018 03:32:10 | 10/02/2018 | 10/16/2018 | PA0002127785 |
| 19 | 5ACE54AFBB931F34781E6EB2806DDC834FC7F28F | Blacked Raw | 10/14/2018 19:51:21 | 10/14/2018 | 11/01/2018 | PA0002143424 |
| 20 | 5F66AD13D4F9E5FF57AA9364926FB855B8053F59 | Blacked Raw | 07/17/2018 01:49:24 | 07/16/2018 | 09/01/2018 | PA0002119681 |
| 21 | 619A7985AE261937FD346F9ADDCC8488860D7265 | Blacked Raw | 04/22/2018 22:49:35 | 04/22/2018 | 05/24/2018 | PA0002101381 |
| 22 | 628B68825D76E58E7D4FD13905CECE3D6CAFF612 | Blacked | 08/19/2018 03:46:26 | 08/18/2018 | 09/05/2018 | PA0002135664 |
| 23 | 6460534667C9B87F796BC4851C96677D2FC64AF9 | Blacked | 08/29/2018 07:08:58 | 08/28/2018 | 10/16/2018 | PA0002127773 |
| 24 | 6AAA3C600904AABE2D4B6B0B13AC1400856AD856 | Blacked Raw | 04/22/2018 22:00:00 | 04/17/2018 | 05/23/2018 | PA0002101308 |
| 25 | 6F3ECC6B6F2049CB91A3321964BC886A73A62994 | Tushy | 09/10/2018 07:38:55 | 09/08/2018 | 10/16/2018 | PA0002127788 |
| 26 | 759EDA21D05B5F9D677121AB7BEDB72339E644AC | Vixen | 07/29/2018 11:18:16 | 07/28/2018 | 09/01/2018 | PA0002119572 |
| 27 | 76AF4B38C4CE51FEE94E4FD41A0B69D59736A00C | Tushy | 05/11/2018 03:58:36 | 05/06/2018 | 06/19/2018 | PA0002126449 |
| 28 | 7AACC2533AD52D2357CB5433E0CFF454BEEA259E | Blacked | 10/19/2018 03:59:37 | 10/17/2018 | 10/28/2018 | PA0002130456 |
| 29 | 7ABEF2110AAB24D772A31B91D994EE0E2052E873 | Blacked | 06/15/2018 11:24:39 | 06/14/2018 | 07/14/2018 | PA0002130452 |
| 30 | 81D42492975334B332A7CE760DB734759D4626B5 | Blacked Raw | 08/01/2018 01:57:17 | 07/31/2018 | 09/05/2018 | PA0002134603 |
| 31 | 83E5CC90978D29577233ED709F7716D44CA1DC25 | Blacked | 04/11/2018 14:01:29 | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 32 | 88CC37185550B7F47C66918862B844C8056F3C00 | Tushy | 07/06/2018 00:14:45 | 07/05/2018 | 08/07/2018 | PA0002132399 |
| 33 | 9261FD7C93E71422D351407FD73C21D86E794B2C | Blacked Raw | 07/02/2018 02:57:27 | 07/01/2018 | 07/26/2018 | PA0002112161 |
| 34 | 9F1AEDB1A46ED2351C6734A7C20C7CCA52E8D790 | Blacked Raw | 06/15/2018 11:33:00 | 06/01/2018 | 07/14/2018 | PA0002128077 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | A7B696A97C4BEA852C86BF8A9BEA96CB4C9A3B10 | Blacked Raw | 06/15/2018 11:29:17 | 05/22/2018 | 07/14/2018 | PA0002128073 |
| 36 | A9092A4000B816BDB32CF339ACD7C7F45C2E37A1 | Blacked Raw | 08/16/2018 03:28:39 | 08/15/2018 | 09/01/2018 | PA0002119585 |
| 37 | A9ED70EE5C0527DDC912EFFBCA1E09E8771F8A99 | Vixen | 10/12/2018 03:00:11 | 10/11/2018 | 10/28/2018 | PA0002130457 |
| 38 | AA7A73B78FB864B2DC3A80C4D3823FF80319A118 | Blacked | 05/11/2018 04:04:48 | 05/05/2018 | 05/24/2018 | PA0002101366 |
| 39 | ADE1368B6E46C601134E08553491193B57B6B7C9 | Blacked Raw | 03/19/2018 09:27:27 | 03/18/2018 | 04/17/2018 | PA0002116068 |
| 40 | AF96EE573EB75078F49ABE87BB1FE91A3F15C177 | Blacked | 06/15/2018 11:25:03 | 06/09/2018 | 07/14/2018 | PA0002130453 |
| 41 | B2FD66E2AC3041F5BC1B47E10AB19BFE17034FE9 | Blacked Raw | 04/22/2018 22:00:19 | 04/12/2018 | 06/18/2018 | PA0002126637 |
| 42 | B80966EB25CE62DA272DA719ED0EFEF0C671D237 | Vixen | 09/06/2018 23:44:13 | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 43 | BC8ACAF0DC42FB3CEEDEB0DC51C20206FDBB20E4 | Blacked Raw | 07/12/2018 03:45:10 | 07/11/2018 | 08/07/2018 | PA0002131894 |
| 44 | BDDC7F5B0C3898C483C345DCCAAC769743658C9F | Blacked Raw | 10/14/2018 18:57:00 | 10/09/2018 | 11/01/2018 | PA0002143427 |
| 45 | C2295AE8704ED037E9E49C2B4B5FBA45316C02A8 | Blacked Raw | 09/30/2018 16:18:53 | 09/29/2018 | 11/01/2018 | PA0002143425 |
| 46 | C48F2225CFC83431D372530B844C1A33F787C036 | Blacked | 04/26/2018 00:54:40 | 04/20/2018 | 05/23/2018 | PA0002101307 |
| 47 | C7FDB4D8F863F6A8ED3A9B43299FD16C3911DC30 | Blacked Raw | 04/28/2018 07:19:33 | 04/27/2018 | 05/24/2018 | PA0002101367 |
| 48 | CD697A3549A0F9C1A1B30D3FE01F50E6F82FA365 | Blacked | 04/16/2018 01:11:11 | 04/15/2018 | 05/23/2018 | PA0002101306 |
| 49 | D4B313C5EE736A3C9E40BFF41E1E03EDE4B2CEE4 | Blacked Raw | 04/03/2018 01:16:01 | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 50 | D4BB512F8C0AE6A2925772036D1AD41CDC088861 | Vixen | 10/02/2018 04:38:17 | 10/01/2018 | 11/01/2018 | PA0002143421 |
| 51 | D8D7AA43D1F211B5C0E6AB6C3FA34FB34CB16036 | Blacked Raw | 07/02/2018 02:56:48 | 06/21/2018 | 07/26/2018 | PA0002112156 |
| 52 | DE00285CDC5F2F3A2D02D98133147476F144C14D | Vixen | 07/09/2018 03:04:51 | 07/08/2018 | 07/26/2018 | PA0002112152 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | EE4E2D333BE36AA0973EFF24E5752B93B6A9CC70 | Tushy | 08/15/2018 13:23:42 | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 54 | F3452F84B3512FF55A84A187AAE791089A24CA3A | Blacked Raw | 07/21/2018 21:11:34 | 07/21/2018 | 09/01/2018 | PA0002119592 |
| 55 | F653074AF93B63220D56ED0DF0BB1EBD84EFEE80 | Vixen | 04/16/2018 04:35:02 | 04/14/2018 | 06/19/2018 | PA0002126645 |
| 56 | FD928994BB900C0D711D62EB937A56C97C5AE985 | Vixen | 10/19/2018 06:48:24 | 10/16/2018 | 10/28/2018 | PA0002130458 |
| 57 | FF2B2FBA75B81F1CF9BEDF65C1291E750F461B19 | Blacked | 06/15/2018 11:29:29 | 05/20/2018 | 07/14/2018 | PA0002128469 |