**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------X
                                                                 :
STRIKE 3 HOLDINGS, LLC,                                          :
                                                                 :   Case No. 1:19-cv-00374-LDH-ST
                                        Plaintiff,               :
                                                                 :
                        vs.                                      :
                                                                 :
JOHN DOE subscriber assigned IP address                          :
98.14.179.239,                                                   :
                                                                 :
                                        Defendant.               :
-----------------------------------------------------------------X
```

## PLAINTIFF'S VOLUNTARY DISMISSAL
## <u>WITH PREJUDICE OF JOHN DOE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 98.14.179.239, are voluntarily dismissed with prejudice.

Dated: March 20, 2019                      Respectfully submitted,

                                       **FOX ROTHSCHILD, LLP**

                                       By: <u>  /s/ *Shireen Nasir*           </u>
                                            Shireen Nasir, Esq.
                                            snasir@foxrothschild.com
                                            101 Park Avenue
                                            17th Floor
                                            New York NY 10178
                                            Tel.: (212) 878-7900
                                            Fax: (212) 692-0940
                                            www.foxrothschild.com
                                            *Attorneys for Plaintiff*